# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE GEORGE HASH, P00376,<br>　　　　　Plaintiff,<br>　　v.<br>T. RALLOS, et al.,<br>　　　　　Defendant(s). | Case No. 17-cv-04648-SK (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff, a prisoner at Pelican Bay State Prison, has filed a pro se complaint for damages under 42 U.S.C. § 1983 alleging various violations of his constitutional rights while he was a California State Prison, Solano. A substantial part of the events or omissions giving rise to the claims occurred, and the defendants named reside, in Solano County, which lies within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District. See id. § 1391(b).

Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District of California.

The clerk shall transfer this matter and terminate all pending motions as moot.

**IT IS SO ORDERED**.

Dated: August 15, 2017

*[signature: Sallie Kim]*

SALLIE KIM
United States Magistrate Judge